No. 109, Orig.   OKLAHOMA ET AL. *v.* NEW MEXICO.   Report of the Special Master received and ordered filed.   Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days.   Replies thereto, with supporting briefs, may be filed

within 30 days.  [For earlier order herein, see, *e. g.*, 496 U. S. 903.]